# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN THE ADOPTION OF: A.L.E. AND K.J.E., MINORS | : No. 239 WAL 2019 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: V.C., NATURAL MOTHER | : the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.